COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER

Cause Number:     01-20-00175-CR

Style:     Earnest James Dudley v. State of Texas

Type of document:     Motion to Reconsider

Date document filed:     December 17, 2020

Document filed by:     Appellant

Appellant's counsel has filed a motion to reconsider this Court's order granting appellant's motion for an extension of time to file his opening brief. The motion to reconsider is **denied**. The Court will consider further motions for extension of time to file a brief that comply with the appellate rules. *See* TEX. R. APP. P. 10.5(b), 38.6(d).

Judge's signature:     ___/s/ Sherry Radack_____
         ☑  Acting individually     ☐   Acting for the Court

Date:_____December 22, 2020